CARMEN GIBSON, Appellant, *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.

Submitted May 20, 1940; decided May 28, 1940.

*Theodore L. Karpf* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves an undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.